United States District Court
Southern District of Texas
**ENTERED**
August 08, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GARY ANTHONY COLE, SR., <br> TDCJ #2260130, <br><br> Plaintiff, <br><br> v. <br><br> DIRECTOR L. DAVIS, et al., <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § CIVIL ACTION NO. H-21-3050 <br> § <br> § <br> § <br> § |

**FINAL JUDGMENT**

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITHOUT PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 8th day of August, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE